| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Webber, E. Richard | 2. Court or Organization Eastern District of Missouri | 3. Date of Report 05/14/2018 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active Senior | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/01/2017 to 12/31/2017 |

7. Chambers or Office Address

U.S. District Court
111 S. Tenth St., Suite 8 South
St. Louis, MO 63102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Partner (see VIII) | Eureka Land Company (see VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Missouri State Judicial Retirement | $67,966.37 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | David C. Pratt | St. Louis Cardinals Baseball Tickets | $5,000.00 |
| 2. | David C. Pratt | Trip to Antigua on Yacht, 1-14-18 to 1-21-18 | $4,250.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Lincoln Financial Services | Lincoln MKS debt | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 2. Savings Acct U.S. Bank | A | Interest | K | T | | | | | |
| 3. 1/2 interest in real estate / Scotland County, Missouri | E | Inheritance | N | W | | | | | |
| 4. Bank of Kirksville CD | A | Interest | K | T | | | | | |
| 5. Bank of Kirksville CDs - 1/2 Interest (grouped) | A | Interest | J | T | | | | | |
| 6. Alcoa Aluminum (Common Stock) | A | Dividend | J | T | | | | | |
| 7. Amazon | A | Dividend | J | T | Buy | 01/24/17 | J | | |
| 8. American Tower | A | Dividend | J | T | Buy | 04/17/17 | J | | |
| 9. Apple (Common Stock) | A | Dividend | J | T | | | | | |
| 10. Arconic (Common Stock | A | Dividend | J | T | | | | | |
| 11. AT&T (Common Stock) | A | Dividend | J | T | | | | | |
| 12. Bank of New York Mellon (Common Stock) | A | Dividend | K | T | | | | | |
| 13. Berkshire Hathaway (Common Stock - Class B) | A | Dividend | K | T | | | | | |
| 14. Express Scripts | A | Dividend | | | Sold (part) | 04/27/17 | J | A | |
| 15. Express Scripts | A | Dividend | | | Sold | 10/13/17 | J | A | |
| 16. Ford Motor Company (Common Stock) | A | Dividend | L | T | Buy (add'l) | 03/15/17 | J | | |
| 17. Ford Motor Company (Common Stock) | A | Dividend | L | T | Buy (add'l) | 05/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ford Motor Company (Common Stock) | A | Dividend | L | T | Buy (add'l) | 05/10/17 | J | | |
| 19. Ford Motor Company (Common Stock) | A | Dividend | L | T | Buy (add'l) | 08/31/17 | J | | |
| 20. Ford Motor Company (Common Stock) | A | Dividend | L | T | Buy (add'l) | 01/20/17 | J | | |
| 21. Ford Motor Company (Common Stock) | A | Dividend | L | T | Sold (part) | 06/19/17 | J | A | |
| 22. General Electric (Common Stock) | A | Dividend | K | T | Sold (part) | 04/27/17 | J | A | |
| 23. General Electric (Common Stock) | A | Dividend | K | T | Buy (add'l) | 06/19/17 | J | | |
| 24. General Electric (Common Stock) | A | Dividend | K | T | Buy (add'l) | 11/15/17 | J | | |
| 25. General Electric (Common Stock) | A | Dividend | K | T | Buy (add'l) | 12/28/17 | J | | |
| 26. General Motors (Common Stock) | A | Dividend | | | Sold | 07/24/17 | K | A | |
| 27. Global X Copper | A | Dividend | J | T | Buy | 10/25/17 | J | | |
| 28. Lowes Companies (Common Stock) | A | Dividend | K | T | Buy (add'l) | 02/14/17 | J | | |
| 29. Lowes Companies (Common Stock) | A | Dividend | K | T | Sold (part) | 07/24/17 | J | A | |
| 30. McDonald's (Common Stock) | A | Dividend | J | T | | | | | |
| 31. Microsoft (Common Stock) | A | Dividend | K | T | Buy (add'l) | 09/30/17 | J | | |
| 32. Microsoft (Common Stock) | A | Dividend | K | T | Buy (add'l) | 04/28/17 | J | | |
| 33. National Oilwell Varco (Common stock) UBS | A | Dividend | | | Sold | 02/03/17 | J | A | |
| 34. N O W Inc.com (Common Stock) | A | Dividend | | | Sold | 04/24/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Potash Corp of Saskatchewan (Common Stock) | A | Dividend | | | Sold | 02/14/17 | J | A | |
| 36. Proctor and Gamble | A | Dividend | J | T | Buy | 01/20/17 | J | | |
| 37. Wal-Mart | A | Dividend | L | T | Buy | 02/07/17 | J | | |
| 38. Wal-Mart | A | Dividend | L | T | Buy (add'l) | 06/17/17 | J | | |
| 39. Wal-Mart | A | Dividend | L | T | Buy (add'l) | 07/24/17 | K | | |
| 40. Wells Fargo Company (Common Stock) | A | Dividend | K | T | Buy (add'l) | 03/10/17 | J | | |
| 41. Yum Brands (Common Stock) | A | Dividend | J | T | | | | | |
| 42. Centene Co (Common Stock) | A | Dividend | J | T | Buy (add'l) | 04/17/17 | J | | |
| 43. Danaher Corp | A | Dividend | J | T | Buy (add'l) | 04/17/17 | J | | |
| 44. Home Depot (Common Stock) | A | Dividend | J | T | | | | | |
| 45. Newell Brands Mutual Fund | A | Dividend | | | Sold | 10/18/17 | J | A | |
| 46. Franklin Templeton US Gov't Sec. Fund-Class A | C | Dividend | L | T | | | | | |
| 47. John Hancock Annuity Lifestyle Growth | D | Dividend | K | T | | | | | |
| 48. Transamerica Life Ins. Co. Whole Life Insurance Policy | A | Interest | K | T | | | | | |
| 49. State Farm Whole Life (64) | A | Dividend | J | T | | | | | |
| 50. State Farm Whole Life (67) | A | Dividend | J | T | | | | | |
| 51. Lincoln Financial Insurance (whole life) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Blanchard (gold) | A | Dividend | J | T | Buy | 03/31/17 | J | | |
| 53. Stifel American Funds ICAA (Mutual Fund) | A | Dividend | J | T | | | | | |
| 54. American Funds - New Economy (Mutual Fund) | A | Dividend | J | T | | | | | |
| 55. Alger Capital Appreciations Fund Mutual Fund | A | Dividend | J | T | | | | | |
| 56. FMI International Mutual Fund | A | Dividend | L | T | Buy (add'l) | 08/23/17 | J | | |
| 57. FMI International Mutual Fund | A | Dividend | L | T | Buy (add'l) | 08/27/17 | J | | |
| 58. Glenmeade Large Cap Growth Mutual Fund | A | Dividend | J | T | | | | | |
| 59. Pimco Income Fund International (Bond Fund) | A | Interest | K | T | Buy | 08/18/17 | J | | |
| 60. Pimco Income Fund International (Bond Fund) | A | Interest | K | T | Sold (part) | 01/30/17 | J | A | |
| 61. Pimco Income Fund International (Bond Fund) | A | Interest | K | T | Sold (part) | 08/18/17 | J | A | |
| 62. T Rowe Price Global Technology Mutual Fund | A | Dividend | K | T | Buy (add'l) | 08/18/17 | J | | |
| 63. T Rowe Price Global Technology Mutual Fund | A | Dividend | J | T | Buy (add'l) | 08/23/17 | J | | |
| 64. T. Rowe Price International Discovery | A | Dividend | J | T | Buy | 08/23/17 | J | | |
| 65. T Rowe Price QM Small Cap Growth Mutual Fund | A | Dividend | K | T | Sold (part) | 08/18/17 | J | A | |
| 66. AIG Focused Strategy (Formerly SunAmerica) | A | Dividend | K | T | Sold (part) | 08/18/17 | J | A | |
| 67. Vanguard Intermediate Fund (Bond Fund) | A | Interest | | | Sold | 12/27/17 | K | A | |
| 68. Victory Sycamore Establishment Value Fund (Mutual Fund) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Eaton Vance Atlanta Capital SMID Cap Fund (Mutual Fund) | B | Interest | K | T | Sold (part) | 08/18/17 | J | A | |
| 70. Fidelity Advisor Materials Fd Class A | A | Dividend | J | T | Sold (part) | 08/18/17 | J | A | |
| 71. Franklin Templeton Tax Free Inc. (Mutual Fund) | A | Interest | J | T | Sold (part) | 08/18/17 | J | A | |
| 72. Mairs and Power Growth Fund (Mutual Fund) | A | Dividend | J | T | | | | | |
| 73. Nuveen All American Muni Bond Fund | A | Int./Div. | K | T | | | | | |
| 74. Parmassers Endeavor Fund | A | Dividend | J | T | Buy | 08/23/17 | J | | |
| 75. Fidelity OTC Portfolio | A | Dividend | J | T | Buy | 09/30/17 | J | | |
| 76. American Balanced Fund (Mutual Fund) | A | Int./Div. | J | T | | | | | |
| 77. Pimco Foreign Bond Fund | A | Interest | | | Sold | 08/18/17 | J | A | |
| 78. Fidelity Real Estate Investment Portfolio (Mutual Fund) | A | Dividend | J | T | | | | | |
| 79. Western Asset Managed Muni C (Legg Mason) (Mutual Fund) | A | Interest | L | T | | | | | |
| 80. Western Asset Short Duration Muni C (S&W 1/2 interest) (Legg Mason) | A | Interest | J | T | | | | | |
| 81. Legg Mason - Western Asset Managed Muni C (S&W 1/2 interest) | A | Interest | K | T | | | | | |
| 82. EuroPacific Fd GWA 529 (Mutual Fund) | A | Dividend | K | T | | | | | |
| 83. American Fund AMCAP GWA 529 (Mutual Fund) | A | Dividend | K | T | | | | | |
| 84. EuroPacific Fd IWM 529 (Mutual Fund) | A | Dividend | K | T | | | | | |
| 85. American Fund AMCAP IWM 529 (Mutual Fund) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Conoco Phillips ( Common stock) UBS | A | Dividend | | | Sold | 03/10/17 | J | A | |
| 87. CSX (Common Stock) | A | Dividend | | | Sold | 03/15/17 | J | A | |
| 88. Pimco Income Fund (Bond Fund) | A | Interest | J | T | Sold (part) | 08/18/17 | J | A | |
| 89. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Personal Information: Name - Ernest R. Webber, Jr. (a/k/a E. Richard Webber)

Section I: Partner, Eureka Land Company - Approximately thirty-five years ago, I and four other men purchased eighty (80) acres of low productive land by each contributing $3000.00. It is used for hunting and farming. The annual income to me is around $500.00. There are no officers. There is a small old barn on the premises. I have no leadership role among the five owners.

Section VIII: Vanguard Strategic Equity Fund was sold in its entirety on December 5, 2016, valued at "J", for a total of $16,942.36. It was mistakenly not included in the 2016 report so I have included it in this report for clarity, along with the following.

Boogle listed on Line 59 of 2016 report was entirely sold on 5/27/16, valued at "J", gain code "A".

Dodge and Cox listed on Lines 60 and 61 of the 2016 report was sold in part on 1/19/16 and entirely on 5/27/16, valued at "J", gain code "A".

Oakmark Fund Class 1 listed on Line 62 was entirely sold on 5/27/16, valued at "K", gain code "A".

Pimco Bond Fund listed on Lines 49 and 50 are included on one fund sold entirely on 8/18/16, valued at "J", gain code "A".

Vicery RS Select Growth Fund was entirely sold on 12/05/16, valued at "J", gain code "A".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ E. Richard Webber**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544